UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAPITOL CREDIT UNION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 24-cv-00410 |
| | § | |
| JPMORGAN CHASE BANK, N.A. | § | |
| | § | |
| | § | |
| DEFENDANT, | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") files this Notice of Removal, removing this case from the 201st District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division.

### I.   PROCEDURAL BACKGROUND

1. On March 7, 2024, Plaintiff Capitol Credit Union ("Plaintiff") filed a petition ("the Petition") in the 201st District Court of Travis County, Texas. *See* Exhibit A.

2. Plaintiff served the Petition on JPMorgan on March 18, 2024. *See* Exhibit B.

3. Plaintiff's Petition alleges claims for breaches of warranty and presentment warranty against JPMorgan.

### II.   STATUTORY BACKGROUND AND TIMELINESS OF REMOVAL

   **A.   Basis for Removal: Diversity Jurisdiction**

4. This action is removable pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446. Federal courts have original jurisdiction over civil actions where the matter in controversy exceeds $75,000 and the action is between citizens of different states. *Id.* § 1332(a)(1).

5. Plaintiff is a citizen of Texas. Ex. A at ¶ 2.

6. JPMorgan is a national bank with its main office located in the State of Ohio. For purposes of diversity jurisdiction, JPMorgan is a citizen of Ohio. *Wachovia Bank, N.C. v. Schmidt*, 546 U.S. 303 (307 (2013) ("a national bank . . . is a citizen of the state in which its main office, as set forth in its articles of association, is located"); *see also Horton v. Bank One, N.A.*, 387 F.3d 426, 429 (5th Cir. 2004).

### B. Timeliness of Removal, Non-Waiver of Defenses, and Notice

7. Under 28 U.S.C. § 1446(b)(1), civil actions may be removed within thirty (30) days of service on defendant.

8. JPMorgan was served with the petition on March 18, 2024. *See* Exhibit B. JPMorgan's deadline to remove this action is April 17, 2024, making this Notice of Removal timely.

9. With this filing, JPMorgan does not waive any defenses available to it. Nor does JPMorgan concede that the allegations in Plaintiff's Petition state a valid claim under applicable law or that Plaintiff has standing to bring this case.

10. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a) as follows:

| Exhibit A | Original Petition |
|-----------|-------------------|
| Exhibit B | Proof of Service |
| Exhibit C | State Court Docket Sheet |
| Exhibit D | Notice of Filing Notice |

11. A copy of this Notice of Removal is being filed with the Clerk of the State Court, and a written notice is being served on Plaintiff, as required by § 1446(d).

### C. Propriety of Removal to this Court

12. The 201st District Court of Travis County, Texas, is located within the Western District of Texas, Austin Division. Accordingly, under § 1441(a), venue is proper in this district, and this action is properly removed to this Court.

## CONCLUSION

13. For the reasons set forth above, complete diversity exists among the proper parties to this litigation, and this case is properly removed. Accordingly, JPMorgan respectfully requests that this action proceed in this Court upon removal and the Court grant JPMorgan all other relief to which it is entitled.

Dated: April 17, 2024

Respectfully submitted,

*/s/ Cristina Moreno*
Cristina Moreno
Texas Bar No. 24105023
Caroline K. Gorman
Texas Bar No. 24109939
**LEÓN COSGROVE JIMÉNEZ, LLP**
700 Louisiana Street, 53rd Floor
Houston, Texas 77002
cmoreno@leoncosgrove.com
cgorman@leoncosgrove.com

**ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

      I certify that, on April 17, 2024, the foregoing was served on counsel of record for Plaintiff via e-mail and the Court's electronic filing system.

Jo Ann Merica
Duggins Wren Mann & Romero, LLP
600 Congress Avenue
Suite 1900
Austin, TX 78701
T: 512-744-9300
E: jmerica@dwmrlaw.com
Attorney for Plaintiff, Capitol Credit Union

                                            */s/ Cristina Moreno*
                                            Cristina Moreno